Marcus Leinart
State Bar No. 00794156
Leinart Law Firm
11520 N. Central Exprwy, Ste 212
Dallas, TX 75243
469.232.3328 Phone
214.221.1755 Fax
ATTORNEY FOR DEBTORS

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| CHARLES RAYFORD BRAZIL, JR | § | CASE NO. 15-41199-BTR-13 |
| DAPHNE ARTIS BRAZIL | § | |
|    Debtors | § | CHAPTER 13 |

**DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN POST-CONFIRMATION**

**NO HEARING WILL BE CONDUCTED ON THIS MOTION UNLESS A WRITTEN RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE PARTY FILING THIS PLEADING WITHIN TWENTY EIGHT (28) DAYS FROM THE DATE OF SERVICE UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE. IF NO RESPONSE IS TIMELY SERVED AND FILED, THE PLEADING SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT. IF A RESPONSE IS FILED AND SERVED IN A TIMELY MANNER, THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.**

COMES NOW, Charles Rayford Brazil, Jr and Daphne Artis Brazil, Debtors in the above-numbered and styled case, and files this their request for Modification of Chapter 13 Plan Post-Confirmation for the purpose of curing Chapter 13 Plan insufficiencies, and Chapter 13 Trustee Plan payment arrears, provide for an Agreed Order, remain a 100% Plan and would show the Court as follows:

1. Debtors Charles Rayford Brazil, Jr and Daphne Artis Brazil filed a Bankruptcy case under Title 11 of the United States Code on or about 7/3/2015. An Order Confirming the Chapter 13 Plan was entered with the Court on or about 1/22/2016.

2. The Order Confirming Chapter 13 Plan required Debtors to pay variable payments to the Office of the Standing Chapter 13 Trustee until the base of $83,234 is paid in 60 months.

3. Since the Confirmation of Debtors' Chapter 13 Plan, claims have been filed by creditors not provided for in the plan.

4 Debtors filed this Motion for Modification to ensure all creditor claims are provided for in the Plan and prove feasibility.

5. Debtors propose to modify their Chapter 13 Plan to have paid $20,269 beginning 8/2/2015 for the first 27 months. Beginning month (28) November 2017 payments will be $945 per month for 2 months; beginning month (30) January 2018, payments will be $1,445 per month for the remainder of the Plan to provide for the Agreed Order and to cure any arrears described above.

6. Attached as Exhibit A is the Amended Chapter 13 Plan proposing treatment of creditors who have filed claims since the time of Confirmation.

7. A fee above the Confirmed amount to Debtors' counsel should be allowed in the amount of $650.00 for services rendered concerning the Motion for Modification of Chapter 13 Plan. The services rendered by counsel consist of an examination of Debtors' case and current financial circumstances to determine feasibility and necessity, drafting the Motion to Modify, drafting the first Post-Confirmation Plan Amendment and Related Order, the preparation and filing of Amended Schedules to reflect current disposable income and any other related and incidental matters pertaining to the foregoing.

8. The amendments to Debtors' Chapter 13 Plan are permissible under 11 U.S.C. §1329(a). The Plan additionally complies with 11 U.S.C. §1329(b) and (c). as well as any and all other applicable provisions of Chapter 13 of Title 11 of the United States Code.

WHEREFORE, PREMISES CONSIDERED, upon notice and hearing, Debtors request their Chapter 13 Plan be modified for the purposes stated above and in accordance with the Amended Chapter 13 Plan attached as Exhibit A, and for any such other and further relief in law and equity as the Court deems just.

DATED: October 26, 2017

Respectfully Submitted,

Leinart Law Firm
11520 N. Central Exprwy, Ste 212
Dallas, TX 75243-6113
469.232.3328 Phone
214.221.1755 Fax

By: /s/ Marcus Leinart
Marcus Leinart
State Bar No. 00794156
ATTORNEY FOR DEBTORS

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2017, I did serve a true and correct copy of the foregoing to the following interested parties and on the attached mailing list, by United States Mail, First Class:

**DEBTORS**
Charles Rayford Brazil, Jr and Daphne Artis Brazil
1173 Timber Lane
Frisco, TX 75034

**STANDING CHAPTER 13 TRUSTEE**
Carey D. Ebert  -  Via ECF
500 N. Central Expressway, Suite 350
Plano, TX 75074

By: /s/ Marcus Leinart
Marcus Leinart
ATTORNEY FOR DEBTORS

Label Matrix for local noticing
0540-4
Case 15-41199
Eastern District of Texas
Sherman
Thu Oct 26 11:51:14 CDT 2017

AFNI
404 Brock
PO Box 3427
Bloomington, IL 61702-3427

AT&T Mobility
PO Box 650553
Dallas, TX 75265-0553

AT&T U-Verse
PO Box 5014
Carol Stream, IL 60197-5014

Acute Kids Urgent Care of Medical City
PO Box 742091
Atlanta, GA 30374-2091

Allen Adkins
PO Box 3340
Lubbock, TX 79452-3340

American InfoSource LP as agent for
Texas Health Resources
as assignee of TEXAS HEALTH PRESBYTERIAN
PO Box 248838
Oklahoma City, OK  73124-8838

Anesthesiologists for Children
PO Box 847908
Dallas, TX 75284-7908

Attorney General Child Support
Attn: Bankruptcy
PO Box 12017 Credit Group
Austin, TX 78711-2017

Attorney General of Texas
2001 Beach Street, Suite 700
Fort Worth, TX 76103-2315

Attorney General of Texas
Collections Div/ Bankruptcy Section
PO Box 12548
Austin, TX 78711-2548

Attorney General of Texas
Region 9 Bankruptcy Section
2001 Beach Street, Suite 700
Fort Worth, TX 76103-2315

(p)BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

Bay Area Credit Service
P.O. Box 468449
Atlanta, GA 31146-8449

Charles Rayford Brazil Jr
1173 Timber Lane
Frisco, TX 75034-1742

Daphne Artis Brazil
1173 Timber Lane
Frisco, TX 75034-1742

Brown Law PLLC
3030 S. Gessner Ste. 200
Houston, TX 77063-3733

Buckley Madole, PC
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

CACH, LLC
PO Box 10587
Greenville, SC 29603-0587

CACH, LLC
4340 S. Monaco Street
2nd Floor
Denver, CO 80237-3485

CIty of Frisco
Linebarger Goggan Blair & Sampson LLP
c/o Melissa L. Palo
2777 N. Stemmons Freeway
Suite 1000
Dallas, Tx 75207-2328

COLLIN COUNTY TAX ASSESSOR/COLLECTOR
C/O GAY MCCALL ISAACKS ET AL
777 E 15TH ST
PLANO TX 75074-5799

CSG Nationwide Inc
PO Box 21031
Tulsa, OK 74121-1031

Cach Llc/Square Two Financial
Attention: Bankruptcy
PO Box 10587
Greenville, SC 29603-0587

Caf/Carmax Auto Finance
Attn: Bankruptcy
PO Box 440609
Kennesaw, GA 30160-9511

Calvary Portfolio Services
Attention:  Bankruptcy Department
500 Summit Lake Dr. Suite 400
Valhalla, NY 10595-1340

Cap1/suzki
Po Box 5253
Carol Stream, IL 60197-5253

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
PO Box 71083
Charlotte, NC  28272-1083

Ashley B. Carroll
State of Texas
Office of the Attorney General
6100 Western Place, Suite 405
Fort Worth, TX 76107-4693

| | | |
|---|---|---|
| Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400<br>Valhalla, NY 10595-1340 | Central Portfolio Control<br>6640 Shady Oak Road<br>Suite 300<br>Eden Prairie, MN 55344-7710 | Chase Card<br>Po Box 15298<br>Wilmington, DE 19850-5298 |
| Chase Receivables<br>1247 Broadway<br>Sonoma, CA 95476-7503 | Chevron Federal Cu<br>Po Box 2069<br>Oakland, CA 94604-2069 | Children's Medical<br>PO Box 841233<br>Dallas, TX 75284-1233 |
| (p)CITIBANK<br>PO BOX 790034<br>ST LOUIS MO 63179-0034 | Citibank/The Home Depot<br>Citicorp Credit Srvs/Centralized Bankrup<br>PO Box 790040<br>Saint Louis, MO 63179-0040 | City of Frisco<br>c/o Melissa Palo<br>Linebarger Goggan Blair & Sampson, LLP<br>2777 N Stemmons Freeway Suite 1000<br>Dallas, TX 75207-2328 |
| Cmre Financial Services Inc<br>3075 E Imperial Hwy Ste 200<br>Brea, CA 92821-6753 | Comenity Bank/Garden Ridge<br>Attention: Bankruptcy<br>PO BOx 182125<br>Columbus, OH 43218-2125 | Comenity Bank/New York & Company<br>Attention: Bankruptcy<br>PO Box 182125<br>Columbus, OH 43218-2125 |
| (p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS<br>REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION<br>PO BOX 13528<br>AUSTIN TX 78711-3528 | Credit Collection Services<br>Two Wells Ave<br>Newton, MA 02459-3246 | Credit Control LLC<br>5757 Phantom Dr Ste. 330<br>Hazelwood, MO 63042-2429 |
| Credit Systems Intl In<br>1277 Country Club Ln<br>Fort Worth, TX 76112-2304 | DRS<br>PO Box 460036<br>Garland, TX 75046-0036 | Denton County<br>c/o Lee Gordon<br>P O Box 1269<br>Round Rock, TX 78680-1269 |
| Denton County Tax Accessor<br>PO Box 90223<br>Denton, TX 76202-5223 | Detroit, MI 48277<br>National Recovery Solutions<br>POB 322<br>Lockport, NY 14095-0322 | Diamond Resorts Fs<br>10600 W Charleston Blvd<br>Las Vegas, NV 89135-1260 |
| Dsnb Macys<br>9111 Duke Blvd<br>Mason, OH 45040-8999 | Carey D. Ebert<br>P. O. Box 941166<br>Plano, TX 75094-1166 | Edward Sloan & Associa<br>Attn: Bankruptcy Dept<br>PO Box 788<br>Winnsboro, TX 75494-0788 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | Enhanced Recovery Corp<br>Attention: Client Services<br>8014 Bayberry Rd<br>Jacksonville, FL 32256-7412 | Financial Control Services<br>6801 Sanger Ave.<br>Suite 195<br>Waco, TX 76710-7804 |
| Financial Corporation Of America<br>Attn: Bankruptcy<br>PO Box 203500<br>Austin, TX 78720-3500 | Frederick J. Hanna & Assoc<br>1427 Roswell Rd.<br>Marietta, GA 30062-3668 | GECRB/ Old Navy<br>Attention: GEMB<br>PO Box 103104<br>Roswell, GA 30076-9104 |

| | | |
|---|---|---|
| GECRB/JC Penny<br>Attention: Bankruptcy<br>PO Box 103104<br>Roswell, GA 30076-9104 | Brian Glidden<br>Barrett Daffin Frappier Turner & Engel<br>15000 Surveyor Blvd.<br>Addison, TX 75001-4417 | (p)MICHAEL REED OR LEE GORDON<br>PO BOX 1269<br>ROUND ROCK TX 78680-1269 |
| Hillcrest Davidson & A<br>850 N Dorothy Dr Ste 512<br>Richardson, TX 75081-2794 | Internal Revenue Service<br>Special Procedures and Insolvency<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | (p)JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>SAINT CLOUD MN 56302-7999 |
| Kohls/capone<br>N56 W 17000 Ridgewood Dr<br>Menomonee Falls, WI 53051-7096 | LCA Collections<br>PO Box 2240<br>Burlington, NC 27216-2240 | Labcorp<br>PO Box 2240<br>Burlington, NC 27216-2240 |
| Law Office of Richard Clark,PLLC<br>3030 S. Gessner<br>Suite 200<br>Houston, TX 77063-3733 | Law office of Joe Pezzuto LLC<br>4013 E. Broadway Ste. A2<br>Phoenix, AZ 85040-8818 | Marcus Leinart<br>Leinart Law Firm<br>11520 N. Central Expwy. Suite 212<br>Dallas, TX 75243-6608 |
| Linebarger Goggan Blair et al<br>2323 Bryan St, Ste 1600<br>Dallas, TX 75201-2637 | Medical Revenue Services<br>PO Box 938<br>Vero Beach, FL 32961-0938 | Michael J. Scott, PC<br>1120 Metrocrest Drive<br>Suite 100<br>Carrollton, TX 75006-5862 |
| Midland Credit Management, Inc.<br>as agent for  MIDLAND FUNDING LLC<br>PO Box 2011<br>Warren, MI 48090-2011 | Midland Funding<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123-2255 | Mira Med Revenue Group<br>Dept. 77304<br>P.O. Box 77304<br>Detroit, MI 48277-0304 |
| NTTA<br>PO Box 660244<br>Dallas, TX 75266-0244 | National Recovery Solutions<br>POB 322<br>Lockport, NY 14095-0322 | Novea Port<br>2124 Ne 123rd St<br>North Miami, FL 33181-2881 |
| P Scott Lowery<br>10375 E Harvard Ave, Ste 410<br>Denver, CO 80231-3967 | Palmer, Reifler & Assoc., P.A.<br>1900 Summit Tower Blvd. Ste 820<br>Orlando, FL 32810-5951 | Melissa L. Palo<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207-2328 |
| Porania LLC<br>c/o Biltmore Asset Management<br>24500 Center Ridge Rd, Ste 472<br>Westlake, OH 44145-5605 | Premier One Emergency Physicians<br>211 Highland Cross Ste. 275<br>Houston, TX 77073-1741 | Propath<br>P O Box 678175<br>Dallas, TX 75267-8175 |
| Prsm/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | Quest Diagnostics<br>P.O. Box 740779<br>Cincinnati, OH 45274-0779 | Receivable Solution Sp<br>422 Main St<br>Natchez, MS 39120-3464 |

Regent & Associates
2650 Fountain View Drive
Houston, TX 77057-7669

Scott, Parnell & Associates
PO Box 113297
Carrollton, TX 75011-3297

Second Round Lp
4150 Friedrich Lane Suit
Austin, TX 78744-1052


Southwestern Bell Telephone Company
% AT&T Services, Inc
Karen Cavagnaro, Paralegal
One AT&T Way, Room 3A104
Bedminster, NJ 07921-2693

Southwestern Medical Center
P.O. Box 845347
Dallas, TX 75284-5347

Syncb/belk
Po Box 965028
Orlando, FL 32896-5028


Syncb/discount Tire
Po Box 965036
Orlando, FL 32896-5036

Syncb/mervyns
4125 Windward Plaza
Alpharetta, GA 30005-8738

Synerprise Consulting Services
2809 Regal Rd. # 107
Plano, TX 75075-6349


John Talton..
P. O. Box 941166
Plano, TX 75094-1166

LynAlise Katherine Tannery
Buckley Madole. P.C.
14841 Dallas Parkway, Suite 425
Dallas, TX 75254-8067

Target Nb
Po Box 673
Minneapolis, MN 55440-0673


Td Bank Usa/targetcred
Po Box 673
Minneapolis, MN 55440-0673

Texas Alcoholic Beverage Commission
Licenses and Permit Division
PO Box 13127
Austin, TX 78711-3127

Texas Health Center Diagnostics/Surg Pla
PO Box 676290
Dallas, TX 75267-6290


Texas Workforce Commission
TEC Building- Bankruptcy
101 E 15th St
Austin, TX 78778-0001

Steve Turner
Barrett Daffin Frappier Turner & Engel
3809 Juniper Trace, Suite 205
Austin, TX 78738-5538

U.S. Attorney General
Department of Justice
Main Justice Building
10th & Constitution Ave., NW
Washington, DC 20530-0001


US Trustee
Office of the U.S. Trustee
110 N. College Ave.
Suite 300
Tyler, TX 75702-7231

United States Attorney General
Dept. of Justice
Main Justice Bldg
10 and Constitution, NW
Washington, DC  20530-0001

United States Attorney's Office
110 North College Ave, Ste 700
Tyler, TX 75702-0204


United States Trustee's Office
110 North College Ave, Ste 300
Tyler, TX 75702-7231

WELLS FARGO BANK, N.A.
14841 Dallas Parkway, Suite 300
Dallas, TX 75254-7883

WELLS FARGO BANK, N.A.
F8235-02F
PO BOX 10438
DES MOINES, IA 50306-0438


Wells Fargo
PO Box 60510
Los Angeles, CA 90060-0510

Wells Fargo
Po Box 14517
Des Moines, IA 50306-3517

Wells Fargo Bank Nv Na
Attn: Deposits Bankruptcy MAC# P6103-05K
PO Box 3908
Portland, OR 97208-3908


Wells Fargo Bank, N.A.
Steve Turner
Barrett Daffin Frappier Turner & Engel
15000 Surveyor Boulevard
Addison, TX 75001-4417

Wells Fargo Bank, N.A.
Attention: Bankruptcy Department
MAC #D3347-014
3476 Stateview Blvd
Fort Mill, South Carolina 29715-7203

Wells Fargo Bank, N.A.
Home Equity Group
1 Home Campus X2303-01A
Des Moines, IA 50328-0001

```
Wells Fargo Card Services              Wells Fargo Hm Mortgag               Zwicker & Associates PC c/o Troy Bolen
1 Home Campus 3rd Floor                7255 Baymeadows Wa                   1 Chisholm Trail Suite 301
Des Moines, IA 50328-0001              Des Moines, IA 50306                 Round Rock, TX 78681-5109
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank Of America                        (d)Bk Of Amer                       Childrens Place/Citicorp Credit Services
Attention: Recovery Department         Po Box 982235                       Attn: Citicorp Credit Services
4161 Peidmont Pkwy.                    El Paso, TX 79998                   PO Box 20507
Greensboro, NC 27410                                                       Kansas City, MO 64195


(d)Citibankna                          Comptroller of Public Accounts      Elan Financial Service
Attn: Centralized Bankruptcy           Revenue Accounting/ Bankruptcy Div  Po Box 790084
PO Box 20363                           PO Box 13528                        Saint Louis, MO 63179
Kansas City, MO 64195                  Austin, TX 78711


(d)Fia Csna                            Lee Gordon                          Jefferson Capital Systems
Po Box 982235                          McCreary Veselka Bragg & Allen, PC  PO Box 7999
El Paso, TX 79998                      PO Box 1269                         St Cloud, MN 56302-9617
                                       Round Rock, TX 78665


(d)Texaco / Citibank
Citicorp Credit Services/Attn: Centraliz
PO Box 20507
Kansas City, MO 64195
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)ABC                                 (d)Carey D. Ebert                   (d)United States Attorney General
                                       P. O. Box 941166                    Dept. of Justice
                                       Plano, TX 75094-1166                Main Justice Bldg
                                                                           10 and Constitution, NW
                                                                           Washington, DC 20530-0001
```

End of Label Matrix
Mailable recipients    122
Bypassed recipients      3
Total                  125