**Leinart Law Firm**
11520 N. Central Expressway
Suite 212
Dallas, Texas 75243

Phone: (469) 232-3328
Bar Number: 00794156

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: **Charles Rayford Brazil, Jr** xxx-xx-4411 **Daphne Artis Brazil** xxx-xx-8737 *Debtor(s)* | § § § § § | CASE NO **15-41199-btr-13** CHAPTER **13** |

## MODIFIED CHAPTER 13 PLAN

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE OF SAID COURT:

COME NOW, Charles Rayford Brazil, Jr and Daphne Artis Brazil, Debtors herein, and propose the following plan under Chapter 13 of the Bankruptcy Code:

1. The debts of DEBTOR(S) duly proved and allowed shall be paid to the holder thereof in accordance with the provisions of Chapter 13 of the Bankruptcy Code and this Plan.

2. The future earnings of DEBTOR(S) are submitted to the supervision and control of this Court, and DEBTOR(S) shall pay to the TRUSTEE a VARIABLE amount each month. Please refer to EXHIBIT "B" for a VARIABLE payment schedule. Payments shall commence on __August 2, 2015__ and shall continue at the intervals and in the amounts indicated on EXHIBIT "B".

3. From the payments received, the TRUSTEE will make disbursements in the following order:

   **(a). Administrative Expenses:** The TRUSTEE shall FIRST pay the expenses as prescribed by the Court, for administration of this plan.

| Name of Creditor | Type | Amount | Interest Rate | Monthly Payment | Term | Total Paid |
|---|---|---|---|---|---|---|
| Leinart Law Firm | Attorney Fees | $3,400.00 | 0% | First Funds | | $3,400.00 |
| Leinart Law Firm | Attorney Fees | $650.00 | 0% | First Funds | | $650.00 |
| Leinart Law Firm | Attorney Fees | $650.00 | 0% | First Funds | | $650.00 |

   **(b). Priority Claims:** All Claims entitled to priority under Section 507 of the Bankruptcy Code will be paid as follows:

| Name of Creditor | Claim Amount | Amount Entitled To Priority | Interest Rate | Monthly Payment | Term | Total Paid |
|---|---|---|---|---|---|---|
| Attorney General Child Support | $1,360.85 | $1,360.85 | 0% | $80.05 | 2-18 | $1,360.85 |

   **(c). Secured Claims:** Secured creditors, whose claims are duly and timely filed, approved and allowed will be treated as follows:

   **(1).** Pursuant to 11 U.S.C. § 1325(a)(5)(B)(i) the holder of any allowed secured claim shall retain its lien securing the underlying debt until the earlier of the payment of the underlying debt as determined under nonbankruptcy law or the debtor(s) obtain a discharge under Section 1328 of the Bankruptcy Code.

   **(2). Payment of Secured Claims:** Secured creditors, whose claims are duly and timely filed, approved and allowed, will be paid as follows:

| Name of Creditor Collateral | Amount Claimed Value of Collat. | Principal Amt to Be Paid | Interest Rate | Monthly Payment | Term | Estimated Total Paid |
|---|---|---|---|---|---|---|
| Wells Fargo Bank Nv Na 1173 Timber Lane Frisco, TX | $195.80 $195.80 | $195.80 | 1% | Pro-Rata | 1-43 | $200.11 |
| Wells Fargo Hm Mortgage 1173 Timber Lane Frisco, TX 75034 | $17,397.33 $17,397.33 | $17,397.33 | 2% | Pro-Rata | 1-43 | $18,178.04 |

*\* Variable payments are scheduled, please see Pro Forma, if attached.*
Computer software provided by LegalPRO Systems, Inc., San Antonio, Texas  (210) 561-5300.

(H) Charles Rayford Brazil, Jr
(W) Daphne Artis Brazil
(C#) 15-41199-btr-13

**MODIFIED CHAPTER 13 PLAN**

*Page 2*

| | | | | | |
|---|---|---|---|---|---|
| Wells Fargo Home Mortgage | $12,911.71 | $12,911.71 | 0% | Pro-Rata | 1-43 | $12,911.71 |
| 1173 Timber Ln - Post-Petition AO | $12,911.71 | | | | | |

**(3). Void Lien:** The secured creditors listed below hold a non-purchase money, non-possessory security interest on Debtor(s) exempt property. Their lien will be voided pursuant to 11 U.S.C. § 522(f) and their claim treated as unsecured and paid pursuant to paragraph (e) below:

| Name of Creditor | Collateral Description | Amount of Claim |
|---|---|---|

**(d). Special Class:** The following specially classified claims shall be paid as follows:

| Name of Creditor | Claim Amount | Principal Amt. To Be Paid | Interest Rate | Monthly Payment | Term | Total Paid |
|---|---|---|---|---|---|---|

**(e). Unsecured Claims:** Unsecured claims will be paid pro rata by the TRUSTEE after payment of the aforementioned categories, to creditors who have duly and timely filed and proved their claim, with the same having been allowed by the Court, with such payments or dividends to be paid in lieu of the debt and in satisfaction of the debts of such creditors.

**(f).** No interest, penalty or additional charge shall be allowed on any account subsequent to the filing of the petition herein, except that interest shall be allowed on claims to fully secured creditors in accordance with 11 U.S.C. § 506(b).

**4.** DEBTOR(S) shall pay direct the following debts outside the Plan:

| Name of Creditor | Collateral Description | Monthly Amount | Balance |
|---|---|---|---|
| City of Frisco | 1173 Timber Lane Frisco, TX | | $2,149.51 |
| Collin County Tax Assessor | 1173 Timber Lane Frisco, TX | | $6,603.36 |
| Denton County Tax Accessor | 1173 Timber Lane-Property Taxes | | $1,271.95 |
| Wells Fargo Bank Nv Na | 1173 Timber Lane Frisco, TX 75034 | $95.00 | $45,426.30 |
| Wells Fargo Hm Mortgage | 1173 Timber Lane Frisco, TX 75034 | $2,202.97 | $405,863.28 |

**5.** The following secured claims are not dealt with in the DEBTOR(S)' plan, therefore, upon confirmation of the DEBTOR(S)' Chapter 13 Plan, the automatic stay provisions of 11 U.S.C. § 362 will be terminated and annulled with respect to each of the following claims:

| Name of Creditor | Collateral Description | Claim | Value | Deficiency |
|---|---|---|---|---|

The automatic stay provisions of 11 U.S.C. Sec. 362 remain in effect as to DEBTOR(S).
The remaining portion of the debt (deficiency), if any, shall be treated as any other general unsecured claim under this plan.

**6.** All executory contracts of the DEBTOR(S) will be assumed unless specifically rejected herein. The following executory contracts and/or leases are ASSUMED or REJECTED as indicated below:

| Name of Creditor | Contract is Assumed/Rejected |
|---|---|
| AT&T Mobility | Assumed |
| AT&T U-Verse | Assumed |

**7.** Upon confirmation of this plan, title of the property of the estate shall vest in DEBTOR(S).

**8.** The Court may, from time to time, during the period of the plan, extend, increase or reduce the amount of any of the installments provided for by the plan, or extend or shorten the time for any such payments where it shall be made to appear, after such hearing, upon such notice as the Court may designate, that the circumstances of DEBTOR(S) so warrant or so require; provided, however, that nothing in this plan shall be construed to prevent the granting of a discharge of DEBTOR(S) as provided in 11 U.S.C. § 1328.

**9. Post-Confirmation Cure or Waiver of Default:**
Any default of the DEBTOR'S post-confirmation plan payments may only be WAIVED by compliance with the provisions of 11 U.S.C. § 1329. Any default of post-confirmation plan payments may only be CURED by permission of the Standing Chapter 13 Trustee and compliance with such conditions as the TRUSTEE may impose.

**10. Post-Petition Claims:**
The DEBTOR(S) will not incur any post-petition consumer debt except after notice to creditors and approval by the Court or the Standing Chapter 13 Trustee. Post-petition claims will be allowed only as specified in 11 U.S.C. § 1305.

*Variable payments are scheduled, please see Pro Forma, if attached.*

Case 15-41199    Doc 69-1    Filed 10/26/17    Entered 10/26/17 14:10:56    Desc Exhibit Proposed Modified Plan    Page
3 of 10

(H) **Charles Rayford Brazil, Jr**  
(W) **Daphne Artis Brazil**  
(C#) **15-41199-btr-13**

**MODIFIED CHAPTER 13 PLAN**

*Page 3*

DATED on this the  26th  day of  October , 2017 .




**Leinart Law Firm**


 /s/ Marcus Leinart
**Marcus Leinart**
Bar Number:  00794156
11520 N. Central Expressway
Suite 212
Dallas, Texas 75243

Phone:  (469) 232-3328       Fax:   (214) 221-1755

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

IN RE:  **Charles Rayford Brazil, Jr**            CASE NO  **15-41199-btr-13**
        **Daphne Artis Brazil**
              *Debtor(s)*                         CHAPTER  **13**

# EXHIBIT "B" - VARIABLE PLAN PAYMENTS

**PROPOSED PLAN OF REPAYMENT (VARIABLE PAYMENTS INTO THE PLAN)**

| # | Month / Due Date | Payment | # | Month / Due Date | Payment | # | Month / Due Date | Payment |
|---|---|---|---|---|---|---|---|---|
| 1 | 08/02/2015 | $595.27 | 21 | 04/02/2017 | $945.00 | 41 | 12/02/2018 | $1,445.00 |
| 2 | 09/02/2015 | $595.27 | 22 | 05/02/2017 | $945.00 | 42 | 01/02/2019 | $1,445.00 |
| 3 | 10/02/2015 | $595.27 | 23 | 06/02/2017 | $945.00 | 43 | 02/02/2019 | $1,445.00 |
| 4 | 11/02/2015 | $595.27 | 24 | 07/02/2017 | $945.00 | 44 | 03/02/2019 | $1,445.00 |
| 5 | 12/02/2015 | $595.27 | 25 | 08/02/2017 | $945.00 | 45 | 04/02/2019 | $1,445.00 |
| 6 | 01/02/2016 | $595.27 | 26 | 09/02/2017 | $945.00 | 46 | 05/02/2019 | $1,445.00 |
| 7 | 02/02/2016 | $595.27 | 27 | 10/02/2017 | $945.00 | 47 | 06/02/2019 | $1,445.00 |
| 8 | 03/02/2016 | $595.27 | 28 | 11/02/2017 | $945.00 | 48 | 07/02/2019 | $1,445.00 |
| 9 | 04/02/2016 | $595.27 | 29 | 12/02/2017 | $945.00 | 49 | 08/02/2019 | $1,445.00 |
| 10 | 05/02/2016 | $595.27 | 30 | 01/02/2018 | $1,445.00 | 50 | 09/02/2019 | $1,445.00 |
| 11 | 06/02/2016 | $595.27 | 31 | 02/02/2018 | $1,445.00 | 51 | 10/02/2019 | $1,445.00 |
| 12 | 07/02/2016 | $595.27 | 32 | 03/02/2018 | $1,445.00 | 52 | 11/02/2019 | $1,445.00 |
| 13 | 08/02/2016 | $595.27 | 33 | 04/02/2018 | $1,445.00 | 53 | 12/02/2019 | $1,445.00 |
| 14 | 09/02/2016 | $595.27 | 34 | 05/02/2018 | $1,445.00 | 54 | 01/02/2020 | $1,445.00 |
| 15 | 10/02/2016 | $595.22 | 35 | 06/02/2018 | $1,445.00 | 55 | 02/02/2020 | $1,445.00 |
| 16 | 11/02/2016 | $945.00 | 36 | 07/02/2018 | $1,445.00 | 56 | 03/02/2020 | $1,445.00 |
| 17 | 12/02/2016 | $945.00 | 37 | 08/02/2018 | $1,445.00 | 57 | 04/02/2020 | $1,445.00 |
| 18 | 01/02/2017 | $945.00 | 38 | 09/02/2018 | $1,445.00 | 58 | 05/02/2020 | $1,445.00 |
| 19 | 02/02/2017 | $945.00 | 39 | 10/02/2018 | $1,445.00 | 59 | 06/02/2020 | $1,445.00 |
| 20 | 03/02/2017 | $945.00 | 40 | 11/02/2018 | $1,445.00 | 60 | 07/02/2020 | $1,445.00 |

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

IN RE: **Charles Rayford Brazil, Jr**  
**Daphne Artis Brazil**

CASE NO. **15-41199-btr-13**

CHAPTER **13**

## Certificate of Service

I hereby certify that on this date, I did serve a true and correct copy of the foregoing to the following interested parties and those listed on the attached matrix by United States Mail, First Class:

Date: **10/26/2017**

/s/ Marcus Leinart  
**Marcus Leinart**  
Attorney for the Debtor(s)

AT&T Mobility  
PO Box 650553  
Dallas, TX 75265-0553

United States Trustee- Eastern District  
110 N. College Ave, Ste 300  
Tyler, TX 75702

AT&T U-Verse  
PO Box 5014  
Carol Stream, IL 60197-5014

Carey D. Ebert  
500 N. Central Expressway, Suite 350  
Plano, TX 75074

Charles Rayford Brazil, Jr  
1173 Timber Lane  
Frisco, TX 75034

Daphne Artis Brazil  
1173 Timber Lane  
Frisco, TX 75034

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0540-4<br>Case 15-41199<br>Eastern District of Texas<br>Sherman<br>Thu Oct 26 11:51:14 CDT 2017 | AFNI<br>404 Brock<br>PO Box 3427<br>Bloomington, IL 61702-3427 | AT&T Mobility<br>PO Box 650553<br>Dallas, TX 75265-0553 |
| AT&T U-Verse<br>PO Box 5014<br>Carol Stream, IL 60197-5014 | Acute Kids Urgent Care of Medical City<br>PO Box 742091<br>Atlanta, GA 30374-2091 | Allen Adkins<br>PO Box 3340<br>Lubbock, TX 79452-3340 |
| American InfoSource LP as agent for<br>Texas Health Resources<br>as assignee of TEXAS HEALTH PRESBYTERIAN<br>PO Box 248838<br>Oklahoma City, OK 73124-8838 | Anesthesiologists for Children<br>PO Box 847908<br>Dallas, TX 75284-7908 | Attorney General Child Support<br>Attn: Bankruptcy<br>PO Box 12017 Credit Group<br>Austin, TX 78711-2017 |
| Attorney General of Texas<br>2001 Beach Street, Suite 700<br>Fort Worth, TX 76103-2315 | Attorney General of Texas<br>Collections Div/ Bankruptcy Section<br>PO Box 12548<br>Austin, TX 78711-2548 | Attorney General of Texas<br>Region 9 Bankruptcy Section<br>2001 Beach Street, Suite 700<br>Fort Worth, TX 76103-2315 |
| (p)BANK OF AMERICA<br>PO BOX 982238<br>EL PASO TX 79998-2238 | Bay Area Credit Service<br>P.O. Box 468449<br>Atlanta, GA 31146-8449 | Charles Rayford Brazil Jr<br>1173 Timber Lane<br>Frisco, TX 75034-1742 |
| Daphne Artis Brazil<br>1173 Timber Lane<br>Frisco, TX 75034-1742 | Brown Law PLLC<br>3030 S. Gessner Ste. 200<br>Houston, TX 77063-3733 | Buckley Madole, PC<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 |
| CACH, LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | CACH, LLC<br>4340 S. Monaco Street<br>2nd Floor<br>Denver, CO 80237-3485 | CIty of Frisco<br>Linebarger Goggan Blair & Sampson LLP<br>c/o Melissa L. Palo<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, Tx 75207-2328 |
| COLLIN COUNTY TAX ASSESSOR/COLLECTOR<br>C/O GAY MCCALL ISAACKS ET AL<br>777 E 15TH ST<br>PLANO TX 75074-5799 | CSG Nationwide Inc<br>PO Box 21031<br>Tulsa, OK 74121-1031 | Cach Llc/Square Two Financial<br>Attention: Bankruptcy<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Caf/Carmax Auto Finance<br>Attn: Bankruptcy<br>PO Box 440609<br>Kennesaw, GA 30160-9511 | Calvary Portfolio Services<br>Attention: Bankruptcy Department<br>500 Summit Lake Dr. Suite 400<br>Valhalla, NY 10595-1340 | Cap1/suzki<br>Po Box 5253<br>Carol Stream, IL 60197-5253 |
| Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Ashley B. Carroll<br>State of Texas<br>Office of the Attorney General<br>6100 Western Place, Suite 405<br>Fort Worth, TX 76107-4693 |

Cavalry SPV I, LLC
500 Summit Lake Drive, Ste 400
Valhalla, NY 10595-1340

Central Portfolio Control
6640 Shady Oak Road
Suite 300
Eden Prairie, MN 55344-7710

Chase Card
Po Box 15298
Wilmington, DE 19850-5298

Chase Receivables
1247 Broadway
Sonoma, CA 95476-7503

Chevron Federal Cu
Po Box 2069
Oakland, CA 94604-2069

Children's Medical
PO Box 841233
Dallas, TX 75284-1233

(p)CITIBANK
PO BOX 790034
ST LOUIS MO 63179-0034

Citibank/The Home Depot
Citicorp Credit Srvs/Centralized Bankrup
PO Box 790040
Saint Louis, MO 63179-0040

City of Frisco
c/o Melissa Palo
Linebarger Goggan Blair & Sampson, LLP
2777 N Stemmons Freeway Suite 1000
Dallas, TX 75207-2328

Cmre Financial Services Inc
3075 E Imperial Hwy Ste 200
Brea, CA 92821-6753

Comenity Bank/Garden Ridge
Attention: Bankruptcy
PO BOx 182125
Columbus, OH 43218-2125

Comenity Bank/New York & Company
Attention: Bankruptcy
PO Box 182125
Columbus, OH 43218-2125

(p)TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
REVENUE ACCOUNTING DIV - BANKRUPTCY SECTION
PO BOX 13528
AUSTIN TX 78711-3528

Credit Collection Services
Two Wells Ave
Newton, MA 02459-3246

Credit Control LLC
5757 Phantom Dr Ste. 330
Hazelwood, MO 63042-2429

Credit Systems Intl In
1277 Country Club Ln
Fort Worth, TX 76112-2304

DRS
PO Box 460036
Garland, TX 75046-0036

Denton County
c/o Lee Gordon
P O Box 1269
Round Rock, TX 78680-1269

Denton County Tax Accessor
PO Box 90223
Denton, TX 76202-5223

Detroit, MI 48277
National Recovery Solutions
POB 322
Lockport, NY 14095-0322

Diamond Resorts Fs
10600 W Charleston Blvd
Las Vegas, NV 89135-1260

Dsnb Macys
9111 Duke Blvd
Mason, OH 45040-8999

Carey D. Ebert
P. O. Box 941166
Plano, TX 75094-1166

Edward Sloan & Associa
Attn: Bankruptcy Dept
PO Box 788
Winnsboro, TX 75494-0788

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

Enhanced Recovery Corp
Attention: Client Services
8014 Bayberry Rd
Jacksonville, FL 32256-7412

Financial Control Services
6801 Sanger Ave.
Suite 195
Waco, TX 76710-7804

Financial Corporation Of America
Attn: Bankruptcy
PO Box 203500
Austin, TX 78720-3500

Frederick J. Hanna & Assoc
1427 Roswell Rd.
Marietta, GA 30062-3668

GECRB/ Old Navy
Attention: GEMB
PO Box 103104
Roswell, GA 30076-9104

```
GECRB/JC Penny                     Brian Glidden                         (p)MICHAEL REED OR LEE GORDON
Attention: Bankruptcy              Barrett Daffin Frappier Turner & Engel PO BOX 1269
PO Box 103104                      15000 Surveyor Blvd.                  ROUND ROCK TX 78680-1269
Roswell, GA 30076-9104             Addison, TX 75001-4417


Hillcrest Davidson & A             Internal Revenue Service              (p)JEFFERSON CAPITAL SYSTEMS LLC
850 N Dorothy Dr Ste 512           Special Procedures and Insolvency     PO BOX 7999
Richardson, TX 75081-2794          PO Box 7346                           SAINT CLOUD MN 56302-7999
                                   Philadelphia, PA 19101-7346


Kohls/capone                       LCA Collections                       Labcorp
N56 W 17000 Ridgewood Dr           PO Box 2240                           PO Box 2240
Menomonee Falls, WI 53051-7096     Burlington, NC 27216-2240             Burlington, NC 27216-2240


Law Office of Richard Clark,PLLC   Law office of Joe Pezzuto LLC         Marcus Leinart
3030 S. Gessner                    4013 E. Broadway Ste. A2              Leinart Law Firm
Suite 200                          Phoenix, AZ 85040-8818                11520 N. Central Expwy.  Suite 212
Houston, TX 77063-3733                                                   Dallas, TX 75243-6608


Linebarger Goggan Blair et al      Medical Revenue Services              Michael J. Scott, PC
2323 Bryan St, Ste 1600            PO Box 938                            1120 Metrocrest Drive
Dallas, TX 75201-2637              Vero Beach, FL 32961-0938             Suite 100
                                                                         Carrollton, TX 75006-5862


Midland Credit Management, Inc.    Midland Funding                       Mira Med Revenue Group
as agent for  MIDLAND FUNDING LLC  8875 Aero Dr Ste 200                  Dept. 77304
PO Box 2011                        San Diego, CA 92123-2255              P.O. Box 77304
Warren, MI 48090-2011                                                    Detroit, MI 48277-0304


NTTA                               National Recovery Solutions           Novea Port
PO Box 660244                      POB 322                               2124 Ne 123rd St
Dallas, TX 75266-0244              Lockport, NY 14095-0322               North Miami, FL 33181-2881


P Scott Lowery                     Palmer, Reifler & Assoc., P.A.        Melissa L. Palo
10375 E Harvard Ave, Ste 410       1900 Summit Tower Blvd. Ste 820       2777 N. Stemmons Freeway, Suite 1000
Denver, CO 80231-3967              Orlando, FL 32810-5951                Dallas, TX 75207-2328


Porania LLC                        Premier One Emergency Physicians      Propath
c/o Biltmore Asset Management      211 Highland Cross Ste. 275           P O Box 678175
24500 Center Ridge Rd, Ste 472     Houston, TX 77073-1741                Dallas, TX 75267-8175
Westlake, OH 44145-5605


Prsm/cbna                          Quest Diagnostics                     Receivable Solution Sp
Po Box 6497                        P.O. Box 740779                       422 Main St
Sioux Falls, SD 57117-6497         Cincinnati, OH 45274-0779             Natchez, MS 39120-3464
```

| | | |
|---|---|---|
| Regent & Associates<br>2650 Fountain View Drive<br>Houston, TX 77057-7669 | Scott, Parnell & Associates<br>PO Box 113297<br>Carrollton, TX 75011-3297 | Second Round Lp<br>4150 Friedrich Lane Suit<br>Austin, TX 78744-1052 |
| Southwestern Bell Telephone Company<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 | Southwestern Medical Center<br>P.O. Box 845347<br>Dallas, TX 75284-5347 | Syncb/belk<br>Po Box 965028<br>Orlando, FL 32896-5028 |
| Syncb/discount Tire<br>Po Box 965036<br>Orlando, FL 32896-5036 | Syncb/mervyns<br>4125 Windward Plaza<br>Alpharetta, GA 30005-8738 | Synerprise Consulting Services<br>2809 Regal Rd. # 107<br>Plano, TX 75075-6349 |
| John Talton..<br>P. O. Box 941166<br>Plano, TX 75094-1166 | LynAlise Katherine Tannery<br>Buckley Madole. P.C.<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 | Target Nb<br>Po Box 673<br>Minneapolis, MN 55440-0673 |
| Td Bank Usa/targetcred<br>Po Box 673<br>Minneapolis, MN 55440-0673 | Texas Alcoholic Beverage Commission<br>Licenses and Permit Division<br>PO Box 13127<br>Austin, TX 78711-3127 | Texas Health Center Diagnostics/Surg Pla<br>PO Box 676290<br>Dallas, TX 75267-6290 |
| Texas Workforce Commission<br>TEC Building- Bankruptcy<br>101 E 15th St<br>Austin, TX 78778-0001 | Steve Turner<br>Barrett Daffin Frappier Turner & Engel<br>3809 Juniper Trace, Suite 205<br>Austin, TX 78738-5538 | U.S. Attorney General<br>Department of Justice<br>Main Justice Building<br>10th & Constitution Ave., NW<br>Washington, DC 20530-0001 |
| US Trustee<br>Office of the U.S. Trustee<br>110 N. College Ave.<br>Suite 300<br>Tyler, TX 75702-7231 | United States Attorney General<br>Dept. of Justice<br>Main Justice Bldg<br>10 and Constitution, NW<br>Washington, DC  20530-0001 | United States Attorney's Office<br>110 North College Ave, Ste 700<br>Tyler, TX 75702-0204 |
| United States Trustee's Office<br>110 North College Ave, Ste 300<br>Tyler, TX 75702-7231 | WELLS FARGO BANK, N.A.<br>14841 Dallas Parkway, Suite 300<br>Dallas, TX 75254-7883 | WELLS FARGO BANK, N.A.<br>F8235-02F<br>PO BOX 10438<br>DES MOINES, IA 50306-0438 |
| Wells Fargo<br>PO Box 60510<br>Los Angeles, CA 90060-0510 | Wells Fargo<br>Po Box 14517<br>Des Moines, IA 50306-3517 | Wells Fargo Bank Nv Na<br>Attn: Deposits Bankruptcy MAC# P6103-05K<br>PO Box 3908<br>Portland, OR 97208-3908 |
| Wells Fargo Bank, N.A.<br>Steve Turner<br>Barrett Daffin Frappier Turner & Engel<br>15000 Surveyor Boulevard<br>Addison, TX 75001-4417 | Wells Fargo Bank, N.A.<br>Attention: Bankruptcy Department<br>MAC #D3347-014<br>3476 Stateview Blvd<br>Fort Mill, South Carolina 29715-7203 | Wells Fargo Bank, N.A.<br>Home Equity Group<br>1 Home Campus X2303-01A<br>Des Moines, IA 50328-0001 |

```
Wells Fargo Card Services            Wells Fargo Hm Mortgag              Zwicker & Associates PC c/o Troy Bolen
1 Home Campus 3rd Floor              7255 Baymeadows Wa                  1 Chisholm Trail Suite 301
Des Moines, IA 50328-0001            Des Moines, IA 50306                Round Rock, TX 78681-5109
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bank Of America                      (d)Bk Of Amer                       Childrens Place/Citicorp Credit Services
Attention: Recovery Department       Po Box 982235                       Attn: Citicorp Credit Services
4161 Peidmont Pkwy.                  El Paso, TX 79998                   PO Box 20507
Greensboro, NC 27410                                                     Kansas City, MO 64195


(d)Citibankna                        Comptroller of Public Accounts      Elan Financial Service
Attn: Centralized Bankruptcy         Revenue Accounting/ Bankruptcy Div  Po Box 790084
PO Box 20363                         PO Box 13528                        Saint Louis, MO 63179
Kansas City, MO 64195                Austin, TX 78711


(d)Fia Csna                          Lee Gordon                          Jefferson Capital Systems
Po Box 982235                        McCreary Veselka Bragg & Allen, PC  PO Box 7999
El Paso, TX 79998                    PO Box 1269                         St Cloud, MN 56302-9617
                                     Round Rock, TX 78665


(d)Texaco / Citibank
Citicorp Credit Services/Attn: Centraliz
PO Box 20507
Kansas City, MO 64195
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)ABC                               (d)Carey D. Ebert                   (d)United States Attorney General
                                     P. O. Box 941166                    Dept. of Justice
                                     Plano, TX 75094-1166                Main Justice Bldg
                                                                         10 and Constitution, NW
                                                                         Washington, DC 20530-0001


End of Label Matrix
Mailable recipients    122
Bypassed recipients      3
Total                  125
```